UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TIMOTHY HARRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:21-cv-00074-HAB |
| REGAL-BELOIT AMERICA, INC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, Timothy Harris, and Defendant, Regal-Beloit America, Inc. (collectively, the "Parties"), notify the Court the Parties have reached an agreement in settlement of this matter. The Parties respectfully request the Court vacate the Final Pretrial Conference, trial, trial related deadlines, and all other hearings or deadlines set in this matter. The Parties reasonably anticipate being ready to file dismissal paperwork in forty-five (45) days.

Respectfully submitted,                         Respectfully submitted,

*/s/ Ryan J. Sterling*                          *David A. Nacht (w/permission)*
Michael A. Moffatt (14910-49)                   David A. Nacht (P47034)
Sarah Fox Ruddell (35667-49)                    NACHT LAW, P.C.
Ryan J. Sterling (34212-49)                     101 North Main St., Suite 555
Littler Mendelson, P.C.                         Ann Arbor, MI 48104
111 Monument Circle, Suite 702                  Telephone: 734.663.7550
Indianapolis, IN 46204                          Facsimile: 734.663.7592
Telephone: 317.287.3600                         Email: dnacht@nachtlaw.com
Facsimile:  317.636.0712
Email: rsterling@littler.com                    *Attorney for Plaintiff*

*Attorneys for Defendant*

1